**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF ORANGE**

|  |  |
|---|---|
| MYRA POPAL,<br><br>               Plaintiff,<br><br>-against-<br><br>XAVIER UNIVERSITY SCHOOL OF MEDICINE,<br><br>               Defendant. | Index No.: EF001198-2026<br><br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1446(d) and 1441** |

PLEASE TAKE NOTICE that on March 5, 2026, Defendant Xavier University School of Medicine ("Xavier" or "Defendant") filed a Notice of Removal (the "Notice") in the United States District Court for the Southern District of New York, thereby removing the above-captioned action (the "Action") pursuant to 28 U.S.C. §§ 1441 and 1446.  *See* 1:26-cv-01819, ECF No. 1.

Pursuant to 28 U.S.C. § 1446(d), Xavier hereby files with this Court a copy of the Notice filed in the United States District Court for the Southern District of New York.  A true and correct copy of the Notice filed in the United States District Court for the Southern District of New York is annexed hereto as Exhibit 1.  Accordingly, and as provided by 28 U.S.C. § 1446(d), this Action has been removed to federal court, and this Court should take no further action in this matter unless and until the Action is remanded.

Dated: March 5, 2026

                                     Respectfully submitted,

                                     **LUCOSKY BROOKMAN, LLP**

                                     */s/ Willard Shih, Esq.*
                                     111 Broadway, Suite 807
                                     New York, NY 10006
                                     wshih@lucbro.com
                                     (732) 510-5653
                                     ***ATTORNEY FOR DEFENDANT***

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was electronically filed using the Court's electronic filing system this 5th day of March, 2026, and served upon all counsel of record via the same.

/s/ Willard Shih
WILLARD SHIH, ESQ.