USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/18/2026___

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MYRA POPAL,

              Plaintiff,

         -against-

XAVIER UNIVERSITY SCHOOL OF
MEDICINE,

              Defendant.

---

Case No.: 1:26-cv-1819

**DEFENDANT'S NOTICE OF**
**MOTION TO DISMISS**
**PURSUANT TO 28 U.S.C.**
**SECTION 1404, OR F.R.C.P.**
**12(b)(3)**

TO:    Hannah Lildharrie, Esq.
        TULLY RINCKEY PLC
        420 Lexington Avenue
        Suite 1601
        New York, NY 10170
        Attorneys for Plaintiff Myra Popal

      **PLEASE TAKE NOTICE** that on a date and time to be scheduled by the Court, the undersigned, attorneys for Defendant Xavier University School of Medicine ("Xavier"), shall apply to the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing this matter with prejudice for forum non conveniens pursuant to 28 U.S.C. Section 1404, or for improper venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

      **PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned shall rely upon the accompanying Memorandum of Law and Declaration of Ravishankar Bhooplapur dated March 12, 2026.

      A proposed form of Order is submitted herewith.

              LUCOSKY BROOKMAN LLP
              Attorneys for Defendant Xavier University School
              of Medicine

              By: _____
Dated: March 12, 2026            Donald E. Taylor, Esq.
Admitted *Pro Hac Vic*

On March 16, 2026, the instant action was transferred and reassigned to Judge Roman. In accordance with this Court's Individual Practice Rules for Civil Cases, all motion papers are to be filed on the reply date. Accordingly, Defendant's motion is denied without prejudice to refiling in accordance with the following briefing schedule: Defendant is directed to serve (not file) its motion papers by March 31, 2026; Plaintiff is to serve (not file) her opposition papers by May 11, 2026; and Defendant shall serve and file its reply papers on May 26, 2026. All motion papers shall be filed on the reply date, May 26, 2026. As the motion papers are served, the parties are directed to mail 2 hard copies and email 1 electronic copy to Chambers. Plaintiff's counsel is further directed to file a Notice of Appearance on or before March 24, 2026. Defendant is directed to mail a copy of this endorsement to Plaintiff and file proof of service. The Clerk of Court is directed to terminate the motion at ECF No. 6.

#95727754.1

Dated: March 18, 2026    SO ORDERED:
White Plains, New York

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE